Daniel B. Beck, SBN 63865
Evan Livingstone, SBN 252008
Beck Law P.C.
2681 Cleveland Avenue
Santa Rosa CA 95403
Phone: (707) 576-7175
Fax: (707) 576-1878
Email: evanlivingstone@sbcglobal.net

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re: **David K Lents**　　　　　　　　　Case No.: **09-12457**
　　　　　　　　　　　　　　　　　　　　Chapter: **13**
　　　　Debtor

## DEBTOR'S NOTICE OF CONVERSION OF CASE TO CHAPTER 7

Pursuant to 11 U.S.C. § 1307(a) and Fed. R. Bankr. P. 1017(f)(3), the undersigned requests an order converting this chapter 13 case to one under chapter 7.

As required by Fed. R. Bankr. P. 1019, the Debtor(s) will file separately: 1. A statement of intention (Official Form B8), not later than 30 days after entry of the order of conversion or before the first date set for the meeting of creditors, whichever is earlier; 2. A schedule, including the name and address of each creditor, of unpaid debts incurred after the filing of the petition and before conversion, not later than 15 days after conversion of the case; 3. A Statement of Current Monthly Income and Means Test Calculation (Official Form B22A); and 4. If a plan has been confirmed, a. a schedule of unpaid debts incurred after confirmation but before conversion and that are not listed in the trustee's final report, not later than 15 days after the filing of the trustee's final report; and b. a schedule of executory contracts and unexpired leases entered into or assumed after the filing of the petition but before conversion.

Date: February 5, 2010　　　　　　　　/s/ Dan B. Beck
　　　　　　　　　　　　　　　　　　　Dan B Beck
　　　　　　　　　　　　　　　　　　　Attorneys for Debtor

Notice of Voluntary Conversion 13 to 7
Case: 09-12457　Doc# 23　Filed: 02/05/10　Entered: 02/05/10 14:21:52　Page 1 of 1